In the Matter of the Application of the CITY OF BUFFALO, Respondent, to Acquire Lands Required for Park Purposes.

THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants; HENRY D. KIRKOVER et al., Respondents.

(Submitted November 18, 1912; decided November 26, 1912.)

Motions to amend remittitur denied, without costs. (See 206 N. Y. 319.)

---

J. W. FITZWATER, Respondent, v. GUY S. WARREN et al., Appellants.

(Submitted November 18, 1912; decided November 26, 1912.)

Motion for re-argument denied.

Motion to amend remittitur granted by adding to the decision heretofore made the following: Unless within twenty days the appellants withdraw their appeal and pay to the respondent all the costs and disbursements of the appeal to be taxed; in which case the appeal is dismissed. (See 206 N. Y. 355.)

---

In the Matter of the Estate of MARY KILLAN, Deceased. MILES·T. O'REILLY, as Administrator, Appellant; MARTIN KILLAN, Respondent.

(Submitted November 18, 1912; decided November 26, 1912.)

Motion to correct remittitur denied, without costs. (See 206 N. Y. 655.)